**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-03073-LTB

STEVE A. MOODY,

    Plaintiff,

v.

P.N. FINANCIAL, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Upon Plaintiff's Response to Order to Show Cause (Doc 8 - filed May 13, 2013), the Order to Show Cause (Doc 7) is hereby DISCHARGED.

Dated:   May 14, 2013
_____