**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-03073-LTB-MJW

STEVE A. MOODY,

        Plaintiff,

v.

P.N. FINANCIAL, INC.,

        Defendant.

---

**ORDER FOR ENTRY OF DEFAULT JUDGMENT**

---

THIS MATTER comes before the Court on the Plaintiff's Motion for Default Judgment against Defendant, P.N. FINANCIAL, INC.  The Court, having reviewed the Motion and the file, and being fully advised in the premises, hereby GRANTS the Motion.  The Court enters Judgment for the Plaintiff in the amount of $4,319.50, which is comprised of $2,000.00 in statutory damages, $475.00 in costs, and $1,844.50 in attorney fees.  Judgment will accrue at the statutory rate.

                                          BY THE COURT:

                                            s/Lewis T. Babcock
                                          Lewis T. Babcock, Judge

Dated:   March 3, 2014